**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1187**

———————

In re: XAVIER MILTON EARQUHART, a/k/a Xavier Smart, a/k/a Xavier Akpan Smart, a/k/a Xzavier Erquhart, a/k/a Xzayvier Ernhart, a/k/a David Imrich, a/k/a Kevin Liols, a/k/a Michael Powell, a/k/a Melvin Hailstones, a/k/a Rety Humos, a/k/a Milton Monn,

　　　　　　Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:17-cr-00134-FL-1; 5:23-cv-00722-FL)

———————

Submitted:  March 27, 2025　　　　　　　　　　　Decided:  April 1, 2025

———————

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Xavier Milton Earquhart, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xavier Milton Earquhart petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion and other motions related thereto.  Earquhart seeks an order from this court directing the district court to act.  However, upon review, the present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] While we deny mandamus relief at this juncture, we encourage the district court to act as expeditiously as possible in this matter.

2